## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| HAROLD E. GROSS, | ) | 3:14-cv-00365-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 30, 2015 |
| CASEWORKER MEEGAN, | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is "Plaintiff's Motion Seeking Leave for Courts Permission Ordering Defendant to Answer Plaintiff's Request for Second Interrogatories." (ECF No. 28.) Plaintiff's motion did not attach the discovery which is pertinent to his motion. Local Rule 26-7(a), provides that "All motions to compel discovery or for protective order shall set forth in full the text of the discovery sought and the response thereto, if any." Local Rule 26-7(b) also requires a party to meet and confer to try to resolve a discovery dispute prior to pursuing a motion to compel.  Plaintiff's motion does not satisfy the requirements and conditions of Local Rule 26-7.

Plaintiff's motion (ECF No. 28) is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk