AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*  DISTRICT OF   NEVADA

HAROLD E. GROSS,

    Plaintiff,

v.

MEGAN McCLELLAN, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:14-cv-00365-MMD-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (ECF No. 45) is granted.

September 26, 2016                                                      **LANCE S. WILSON**
                                                                                                  Clerk

                                                                                                  /s/ K. Rusin
                                                                                                  Deputy Clerk